James Curtis **HENSLEY**, Respondent,

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI**, Appellant.

No. WD 41624.

Missouri Court of Appeals,
Western District.

Sept. 5, 1989.

---

Sandra A. Mears, Sp. Asst. Atty. Gen., Missouri Dept. of Revenue, Jefferson City, for appellant.

David R. Hassan, William Adkins Law Firm, Liberty, for respondent.

Before NUGENT, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from final order to reinstate driving privileges of Respondent.

Judgment affirmed. Rule 84.16(b).